# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRECK INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV458 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion and Stipulation to Suspend Litigation Deadlines Pending Decision on Defendants' Motion to Stay Litigation (Filing No. 34). The parties stipulated to the stay of all progression deadlines, including the *Markman* hearing currently scheduled for May 29, 2007, until after the court rules on the defendant's opposed Motion to Stay to Stay [sic] or Dismiss Lawsuit Pending Outcome of Interference Proceeding (Filing No. 31). Upon consideration,

**IT IS ORDERED:**

1. The parties' joint motion (Filing No. 34) is granted.
2. The *Markman* hearing currently scheduled for May 29, 2007, is cancelled, and all other deadlines are suspended.
3. The parties shall have **ten (10) business days** from the date an order is filed on the defendant's opposed motion to stay or dismiss (Filing No. 31), in which to schedule a planning conference with the court, if necessary. Counsel for the plaintiff shall contact the court within such time period to schedule the planning conference.

DATED this 18th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge