IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, INC., | ) |
| | )     8:06CV458 |
|         Plaintiff, | ) |
| | ) |
|     vs. | )     ORDER |
| | ) |
| RESEARCH & DIAGNOSTIC | ) |
| SYSTEMS, INC., et al., | ) |
| | ) |
|         Defendants. | ) |

This matter is before the court following a telephone conference with counsel on August 30, 2007. Pending before the court is the defendants' motion for reconsideration of the denial of a stay pending resolution of an interference action before the United States Patent and Trademark Office (PTO) (Filing No. 39). The defendants alluded to a possible motion to amend and a change in one of their expert witnesses. The defendants' counsel will confer with the plaintiff's counsel to determine if any motions for relief or amendments to the existing protective order are required.

    **IT IS ORDERED:**

    1.    The plaintiff shall have to **on or before September 7, 2007**, in which to respond to the defendants' motion for reconsideration.

    2.    The defendants shall have to **on or before September 12, 2007**, in which to reply.

    3.    The planning conference with counsel and the undersigned magistrate judge is continued to **9:00 a.m on October 1, 2007**. Plaintiff's counsel shall initiate the telephone conference.

    4.    Any motion for relief from the protective order shall be filed **on or before September 10, 2007**.

    DATED this 30th day of August, 2007.

                BY THE COURT:

                s/Thomas D. Thalken
                United States Magistrate Judge