IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRECK, Inc., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | 8:06CV458 |
| | ) | |
| vs. | ) | |
| | ) | |
| RESEARCH & DIAGNOSTIC SYSTEMS, Inc., and TECHNE Corporation, | ) ) ) | ORDER |
| | ) | |
| Defendants/Counterclaimants. | ) | |
| | ) | |

This matter is before the court on defendants/counterclaimants' motion for reconsideration, Filing No. 39, of this court's order denying their motion for a stay pending the outcome of an interference proceeding, Filing No. 38.  Plaintiff opposes the motion. Filing No. 45.  This is an action for patent infringement.

The court has reviewed the material submitted in support of and opposition to the parties' positions.  Nothing presented causes the court to change its position.  Defendants have not shown manifest error in the court's ruling, or presented new facts or legal authority.  Accordingly, the court finds the defendants' motion should be denied.

IT IS ORDERED that defendants/counterclaimants' motion to reconsider, Filing No. 39, is denied.

DATED this 13th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge