IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STRECK, INC.,** | ) | |
| | ) | 8:06CV458 |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **RESEARCH & DIAGNOSTIC SYSTEMS, INC., and TECHNE CORPORATION,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

Before the Court is Plaintiff Streck, Inc. ("Streck's") Motion to Strike Index of Evidence (Filing No. 57) in this case. Having considered the motion,

**IT IS ORDERED**

1. Streck's motion to strike (Filing No. 57) is granted.
2. The clerk shall strike the Index of Evidence (Filing No. 55).

DATED this 4th day of October 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge