# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STRECK INC.,** a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | **8:06CV458** |
| vs. | ) ) | **ORDER** |
| **RESEARCH & DIAGNOSTIC SYSTEMS, INC.,** a Minnesota corporation, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on June 26, 2008. The court heard argument regarding the plaintiff's Emergency Motion to Amend Protective Order (Filing No. 104). The court determined the motion need not be resolved on an emergency basis. However, the court will set a slightly abbreviated briefing schedule for the motion. Accordingly,

**IT IS ORDERED:**

1. The defendant shall have to **on or before July 7, 2008**, to file a response regarding the merits of the plaintiff's Motion to Amend Protective Order (Filing No. 104).

2. The plaintiff shall have to **on or before July 11, 2008**, to file a reply.

DATED this 26th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge