IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRECK, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, and TECHNE CORPORATION, a Minnesota corporation, | ) ) ) ) ) ) | 8:06CV458 ORDER |
| Defendants, | ) ) | |

Before the court is the parties' Joint Motion to Extend the Dispositive Motions Deadline, requesting an extension of this deadline from March 13, 2009 to March 27, 2009. Having considered the parties' submission,

IT IS ORDERED that the Motion (Doc. 151) is granted, and the deadline for filing dispositive motions is extended to March 27, 2009.

DATED March 3, 2009

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge