IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, INC., a Nebraska corporation,<br><br>    Plaintiff,<br>v.<br><br>RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, and TECHNE CORPORATION, a Minnesota corporation<br><br>    Defendants, | Case No. 8:06CV458<br><br>**ORDER** |

Before the Court is Plaintiff Streck, Inc.'s ("Streck") Motion for Leave to File Corrected Index of Evidence (Filing No. 186) in this case. Having considered Streck's Motion,

**IT IS ORDERED:**

Streck's Motion for Leave to File Corrected Index of Evidence is GRANTED.

DATED this 3rd day of April, 2009

                        BY THE COURT:

                        s/ Joseph F. Bataillon
                        United States District Judge

DM_US:20678794_1