IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, INC., a Nebraska corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, and TECHNE Corporation, a Minnesota corporation,<br><br>    Defendants. | 8:06CV458<br><br><br>ORDER |

  This matter is before the court on Streck's motion for clarification of this court's order dated September 9, 2009.  Filing No. 289.  The court has reviewed the motion and finds it should be denied.

  THEREFORE, IT IS ORDERED that Streck's motion for clarification, Filing No. 289, is denied.

  DATED this 13th day of October, 2009.

            BY THE COURT:


            s/ Joseph F. Bataillon
            Chief United States District Judge