IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, INC., a Nebraska corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RESEARCH & DIAGNOSTIC SYSTEMS, ) <br> INC., a Minnesota corporation, and ) <br> TECHNE CORPORATION, a Minnesota ) <br> corporation ) <br> ) <br> Defendants, ) | Case No. 8:06CV458 <br><br> **ORDER** |

Before the Court is Plaintiff Streck, Inc. ("Streck's") Motion for Leave to File Sur-Reply to R&D's Reply Brief in Support of Motion to Vacate or Stay Proceedings. (Filing No. 363) in this case. Having considered Streck's Motion,

**IT IS ORDERED:**

1. Streck's Motion for Leave to File Sur-Reply is GRANTED.

DATED this 18th day of December, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge