IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRECK, Inc., a Nebraska corporation, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV458 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH & DIAGNOSTIC SYSTEMS, Inc., a Minnesota corporation, and TECHNE, Corporation, a Minnesota corporation, | ) ) ) ) | INJUNCTION |
| | ) | |
| Defendants. | ) | |
| | ) | |

On Streck's motion for a permanent injunction, Filing No. 325, and pursuant to Fed. R. Civ. P. 65,

IT IS HEREBY ORDERED that:

Techne Corp. and Research & Diagnostic Systems, Inc., their officers, agents, servants, and employees are enjoined and restrained from making, using, offering to sell, selling, or importing into the United States (as defined in 35 U.S.C. § 271(a)), or supplying from the United States (as defined in 35 U.S.C. § 271(f)), or causing to be made, used, offered for sale, sold, imported into the United States, or supplied from the United States the infringing hematology control products presently designated CBC-XE, CBC-4K Plus Retics, and CBC-5D Plus Retics, as well as any hematology control products that are only colorably different therefrom in the context of the infringed claims, whether individually or in combination with other products or as a part of another product, and from otherwise infringing the asserted claims of United States Patent No. 6,200,500, United States Patent No. 6,221,668, and United States Patent No. 6,399,388 ("the Patents-in-suit") until the expiration of the last to expire of the Patents-in-Suit.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge