IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRECK, INC., a Nebraska corporation, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV458 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, and TECHNE CORPORATION, a Minnesota corporation, | ) ) ) ) ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered this date,

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of plaintiff Streck, Inc., and against defendants Research & Diagnostic Systems, Inc., and Techne Corporation, jointly and severally, in the amount of $92,298.88, plus interest at the legal rate from and after October 29, 2009, plus damages for infringing sales from August 2009 to the present in an amount to be later determined by the court.

2. Judgment is entered in favor of plaintiff Streck, Inc., and against defendants Research & Diagnostic Systems, Inc., and Techne Corporation, jointly and severally, for taxation of costs in the amount of $36,690.18.

3. Defendants' counterclaim for a declaration of invalidity is dismissed, with prejudice.

4. The defendants shall file an accounting of infringing sales from August 2009 to the present within 28 days of the date of this order.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge