IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STRECK, Inc., a Nebraska corporation,<br><br>   Plaintiff,<br><br>v.<br><br>RESEARCH & DIAGNOSTIC SYSTEMS, Inc., a Minnesota corporation, and TECHNE, Corporation, a Minnesota corporation,<br><br>   Defendants. | 8:06CV458<br><br><br>ORDER |

This matter is before the court on Defendants' Expedited Motion to Stay the Permanent Injunction Pending Appeal, Filing No. 391.  The court finds the issue deserves expedited consideration, but the plaintiff should have an opportunity to respond to the motion.  In the interest of justice, the Injunction will be stayed pending resolution of the motion.  Accordingly,

IT IS HEREBY ORDERED that:

1.  Plaintiff shall file a response to the defendants' Expedited Motion to Stay the Permanent Injunction Pending Appeal within 7 days of the date of this order, at which time the motion will be considered submitted.

2.  The permanent injunction entered on September 30, 2010 (Filing No. 387) is stayed pending the outcome of Defendants' Expedited Motion to Stay the Permanent Injunction Pending Appeal.

DATED this 4th day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.