# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STRECK, INC., a Nebraska corporation,** | )<br>) |
| **Plaintiff,** | )<br>)   8:06CV458<br>) |
| V. | )<br>) |
| **RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, and TECHNE, Corporation, a Minnesota corporation,** | )   **ORDER**<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

This matter is before the court on the Motion to Withdraw Heather M. Khassian as Counsel for Plaintiff Streck, Inc. and Termination of Electronic Notices (filing 420).  The Motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw Heather M. Khassian as Counsel for Plaintiff Streck, Inc. and Termination of Electronic Notices (filing 420) is granted.

2. The Clerk of Court shall terminate the appearance of Heather M. Khassian as counsel of record for Plaintiff and terminate future notices to Heather M. Khassian in this matter.

**DATED January 23, 2012.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**