# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| STRECK, INC.,<br>a Nebraska corporation | ) ) ) | 8:06-cv-458 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER DISCHARGING**<br>**SUPERSEDEAS BOND** |
| RESEARCH & DIAGNOSTIC SYSTEMS,<br>INC., a Minnesota corporation; and<br>TECHNE CORPORATION, a Minnesota<br>corporation, | ) ) ) ) | BOND NO.  37S 105353033 |
| Defendants. | ) ) ) | |

THIS CAUSE having come before the Court on the Stipulation of the Plaintiff and Defendants to Discharge the Supersedeas Bond Number 105353033 ("Supersedeas Bond") posted by Travelers Casualty and Surety Company of America, as Surety, in the referenced case in the amount of One Hundred Sixty Thousand and 00/100 Dollars ($160,000.00) at the request of Techne Corporation, as Principal. The full amount owed to Streck, Inc. has been remitted and the judgment satisfied, therefore, the Supersedeas Bond is no longer required and should be discharged and Travelers Casualty and Surety Company of America, its parents, affiliates and subsidiaries ("Travelers") released from any and all liability.  It is

ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by the Satisfaction of Monetary Judgment filed with this Court [Docket No. 424], and therefore the Supersedeas Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers hereby released from

any and all past, present and future liability arising under or in connection with the issuance of the Supersedeas Bond.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release the said Supersedeas Bond recorded with this Court to Kurt J. Niederluecke, Esq., counsel for Techne Corporation, for immediate return to Travelers.

Dated:   July 19, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge